Cardona, P. J., Crew III, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.

■ In the Matter of Victor Torres, Petitioner, v David L. Miller, as Superintendent of Eastern Correctional Facility, Respondent. [715 NYS2d 920] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme

Court, entered in Ulster County) to review two determinations of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court that the determinations at issue have been administratively reversed and that all references to the disciplinary hearings will be expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Peters, J. P., Graffeo, Mugglin, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.